IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                    CASE NO: 10-30091
                                                          CHAPTER 7

    CROWELL, JULIE LEE

        Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 006/006I | Gulf Breeze Hospital<br>P.O. Box 17106<br>Pensacola, FL 32522 | $3,000.00/$8.94 |

The check mailed at the above address on January 11, 2011 and has neither been returned by the Post Office or negotiated.

Dated this 12th day of April, 2011.

                                            /s/ Sherry F. Chancellor
                                            Sherry F. Chancellor, Trustee
                                            619 West Chase Street
                                            Pensacola, Florida 32502
                                            (850) 436-8445
                                            Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Gulf Breeze Hospital, P.O. Box 17106, Pensacola, FL 32522 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 12th day of April, 2011.

                                               /s/ Sherry F. Chancellor
                                          Sherry F. Chancellor, Trustee